1   McGREGOR W. SCOTT
United States Attorney
2   CHRISTINA McCALL
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,               CASE NO.  2:18-CR-0166 TLN

12                          Plaintiff,       UNITED STATES' APPLICATION FOR
                                             TEMPORARY STAY OF RELEASE ORDER
                v.                           THROUGH HEARING ON MOTION TO REVOKE
13                                           RELEASE ORDER AND [PROPOSED] ORDER
     EDUARDO CARTAGENA,
14                                           COURT: Hon. Allison Claire
                          Defendants.
15

16

17          The United States of America, through Assistant U.S. Attorney Christina McCall, requests that

18   the Court enter an order temporarily staying the release order issued by United States Magistrate Judge

19   Allison Claire on May 7, 2020.  ECF No. 38.  Earlier today, the United States filed a Motion for

20   Revocation of Magistrate Judge's Order Authorizing Release (ECF No. 42).  Accordingly, the United

21   States respectfully requests that this Court enter an order temporarily staying the release order until

22   United States District Judge Troy L. Nunley decides the Motion for Revocation, and ensure that the

23   defendant remains in custody until further order of this Court.

24

25

26

27

28

APPLICATION FOR STAY OF RELEASE ORDER                    1
THROUGH DECISION ON MOTION TO REVOKE

Dated:  May 12, 2020

McGREGOR W. SCOTT
United States Attorney

By:   /s/ CHRISTINA McCALL
      CHRISTINA McCALL
      Assistant United States Attorney

# [~~PROPOSED~~] ORDER

The Court, having received and considered the United States' Application for Temporary Stay of Release Order, GRANTS the requested stay, and STAYS the order releasing defendant Eduardo Cartagena, until further order of the Court, so that United States District Judge Troy L. Nunley may rule on the government's Motion for Revocation of Magistrate Judge's Order Authorizing Release.

DATED: May 12, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE