UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 30, 2020

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDUARDO CARTAGENA,

Defendant.

Case No.  2:18CR00166-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDUARDO CARTAGENA ,

Case No.  2:18CR00166-TLN  Charge 18USC § 1956 - 6800(f) , from custody for the

following reasons:

|   | |
|---|---|
| _____ | Release on Personal Recognizance |
| x | Bail Posted in the Sum of $   100,000.00 |
| x | Unsecured Appearance Bond $   100,000.00 |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other):   Pretrial conditions as stated on the record. |
| _____ | |

Issued at Sacramento, California on June 30, 2020 at 11:00 am

By:    _Allison Claire_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE