Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
EDUARDO CARTAGENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDUARDO CARTAGENA<br>　　　　　　　　　Defendant | CASE NO. 18-00166 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

　　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Christina McCall and Defense Counsel, Dina L. Santos; Counsel for Defendant, Eduardo Cartagena, that the below condition be modified as follows:

　　　　8. HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment: religious services, meetings with your attorney or defense investigator with prior notice to Pretrial Services of the times and dates of the meetings; and court appearances pre-approved by the pretrial services officer.

　　　　All other conditions would remain in full force and effect.

1

Pretrial Services has been advised of this modification and is supportive of this modification.

Dated:  September 22, 2020                    /s/   Dina L. Santos
                                                    DINA SANTOS, ESQ.
                                                    Attorney for Eduardo Cartagena

Dated:  September 22, 2020                    /s/ Christina McCall
                                                    CHRISTINA MCCALL
                                                    Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

DATE:  September 23, 2020

                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE