1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile:  (916) 447-2988
4

5  Attorney for:
   EDUARDO CARTAGENA
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,            CASE NO.  2:18-CR-00166 TLN
10
                         Plaintiff,     STIPULATION AND ORDER TO MODIFY
11                                       CONDITIONS OF PRETRIAL RELEASE

12          v.

13 EDUARDO CARTAGENA
                         Defendant
14

15

16         It is hereby stipulated by Counsel for the Government, Assistant United States Attorney,

17 Christina McCall and Defense Counsel, Dina L. Santos; Counsel for Defendant, Eduardo

18 Cartagena, that the below condition be modified as follows:

19

20

21     8.   ***CURFEW: You must remain inside your residence every day from 7:00pm to 7:00am, or as
            adjusted by the pretrial services officer for medical needs or treatment, religious services,***
22          ***meetings with your attorney or defense investigator with prior notice to pretrial services of the***
            ***times and dates of the meetings; and court appearances pre-approved by the pretrial services***
23          ***officer.***
24

25         All other conditions would remain in full force and effect.
26
           Pretrial Services has been advised of this modification and is supportive of this
27
   modification.  The amended special conditions of release are attached.
28
                                        1

Dated: May 4 ,2021                          /s/   Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Eduardo Cartagena


Dated: May 4, 2021                          /s/ Christina McCall
                                            CHRISTINA MCCALL
                                            Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED**:

Dated: May 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///
///
///
///
///
///
///
///

**THIRD AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Cartagena, Eduardo
No.: 2:18-CR-00166-TLN
Date: May 4, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must restrict your travel to Eastern District of California and the District of Ohio unless otherwise approved in advance by the pretrial services officer;

3. You must surrender your Passport and not apply for or obtain a passport or any other travel documents during the pendency of this case;

4. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

5. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

6. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

7. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

8. ***<u>CURFEW</u>: You must remain inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical needs or treatment, religious services, meetings with your attorney or defense investigator with prior notice to pretrial services of the times and dates of the meetings; and court appearances pre-approved by the pretrial services officer.***

9. You are released to the third-party custody of, Rohan Baichu.

10. You must reside at a location pre-approved by pretrial services and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

11. Your release shall be delayed until the posting of both bonds.