Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
EDUARDO CARTAGENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EDUARDO CARTAGENA<br>                    Defendant | CASE NO.  18-00166 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Christina McCall and Defense Counsel, Dina L. Santos; Counsel for Defendant, Eduardo Cartagena, that the below condition be modified as follows:

8. ***CURFEW: You must remain inside your residence every day from 1:00am to 7:00am, or as adjusted by the pretrial services officer for medical needs or treatment, religious services, meetings with your attorney or defense investigator with prior notice to pretrial services of the times and dates of the meetings; and court appearances pre-approved by the pretrial services officer.***

All other conditions would remain in full force and effect.

Pretrial Services has been advised of this modification and is supportive of this modification. The amended special conditions of release are attached.

1

| | |
|---|---|
| Dated: January 27, 2022 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Eduardo Cartagena |
| Dated: January 27, 2022 | /s/ Christina McCall<br>CHRISTINA MCCALL<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED**:

DATE: Jan. 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE