Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
EDUARDO CARTAGENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO CARTAGENA<br>　　　　　　　Defendant | CASE NO.  18-00166 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

　　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Christina McCall and Defense Counsel, Dina L. Santos; Counsel for Defendant, Eduardo Cartagena, that the conditions of location monitoring and curfew are removed.  Pretrial Services and the Government do not oppose the modification due to the Mr. Cartagena's longstanding compliance.  The amended special conditions of release are attached.

Dated: July 20, 2022　　　　　　　　　　　　　　/s/   Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Eduardo Cartagena

Dated: July 20, 2022　　　　　　　　　　　　　　/s/ Christina McCall
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA MCCALL
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

**IT IS SO ORDERED**:

DATE:  July 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE