# **<u>FIFTH AMENDED SPECIAL CONDITIONS OF RELEASE</u>**

Re: Cartagena, Eduardo
No.: 2:18-CR-00166-TLN
Date: July 14, 2022



**FILED**
Jul 22, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must restrict your travel to Eastern District of California and the District of Ohio unless otherwise approved in advance by the pretrial services officer;

3. You must surrender your Passport and not apply for or obtain a passport or any other travel documents during the pendency of this case;

4. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

5. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

6. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

7. You are released to the third-party custody of, Rohan Baichu.

8. You must reside at a location pre-approved by pretrial services and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.