PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0166 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | DATE: September 1, 2022 |
| EDUARDO CARTAGENA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

Previously, this case was set for judgment and sentencing on September 1, 2022, at 9:30 a.m. ECF No. 122. Due to defense counsel's need to prepare for the sentencing hearing, defense counsel respectfully requests that the judgment and sentencing hearing be reset for Thursday, November 17, 2022 at 9:30 a.m. The government does not oppose this request. The assigned United States Probation Officer is available to appear in person on November 17, 2022.

Dated: August 24, 2022                                    PHILLIP A. TALBERT
                                                          United States Attorney

                                                    By:   /s/ CHRISTINA MCCALL
                                                          CHRISTINA McCALL
                                                          Assistant United States Attorney

Dated: August 24, 2022                              By:   /s/ DINA SANTOS
                                                          DINA SANTOS
                                                          Counsel for defendant Eduardo
                                                          Cartegena

1

**ORDER**

The sentencing hearing in this case is hereby continued to November 17, 2022 at 9:30 a.m.

IT IS SO ORDERED this 24th day of August, 2022.

_____
Troy L. Nunley
United States District Judge