Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
EDUARDO CARTAGENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>EDUARDO CARTAGENA<br>                Defendant | CASE NO. 18-00166 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

      It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Christina McCall and Dina L. Santos; Counsel for Defendant, Eduardo Cartagena, that condition of pretrial release #3 (from docket No. 104) be modified as follows:

      3. The Defendant is allowed to apply and obtain his Colombian Passport, which must be shipped directly to his Counsel, Dina Santos. Defense Counsel will maintain custody of the passport until the Defendant surrenders to serve his sentence.

      All other conditions would remain in full force and effect.

      The basis for this request is due to Mr. Cartagena being extradited from Colombia to the United States based in this case. Mr. Cartagena was housed in a Colombian prison for an

extended amount of time before he was transported to the United States. Mr. Cartagena has now entered a guilty plea and is awaiting sentencing. The sentence Mr. Cartagena is anticipated to receive may place him as being time served or very close to time served. Mr. Cartagena has no travel documents and will be unable to return to Colombia without a valid passport and this could result in an extended detention in an immigration facility. The Colombian Embassy can assist Mr. Cartagena in obtaining a Colombian passport. Pretrial Services has been advised of this modification and is supportive of this modification.

Dated: September 20, 2022

  /s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Eduardo Cartagena

Dated: September 20, 2022

/s/ Christina McCall
CHRISTINA MCCALL
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

Dated: September 21, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE