Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
EDUARDO CARTAGENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDUARDO CARTAGENA<br>　　　　　　　　Defendant | CASE NO. 18-00166 TLN<br><br>STIPULATION AND ORDER TO RELEASE LIS PENDENS AND REMOVE LIEN |

　　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Christina McCall and Defense Counsel, Dina L. Santos; Counsel for Defendant, Eduardo Cartagena, that the property bond of $90,000 secured by real estate located in Franklin County, Ohio, at 1070 Merrimar Circle, Unit D, Columbus, Ohio, owned by ROHAN BAICHU, AION, LLC, be released from Lis Pendens and the lien removed.

　　　　It is further stipulated that the $10,000 unsecured bond signed by ROHAN BAICHU to secure Eduardo Cartagena's appearance is also hereby released. On November 17, 2022, Mr. Cartagena was sentenced to time served after serving 21 months in actual custody.

Dated: February 16, 2023          /s/   Dina L. Santos
                                  DINA SANTOS, ESQ.
                                  Attorney for Eduardo Cartagena


Dated: February 16, 2023          /s/ Christina McCall
                                  CHRISTINA MCCALL
                                  Assistant United States Attorney


## ORDER

**IT IS SO ORDERED**.  THE CLERK OF THE COURT IS INSTRUCTED TO RELEASE THE LIS PENDENS AND REMOVE THE LIEN.

Dated: February 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE